## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-23531-UU

WINDY LUCIUS,

     Plaintiff,

v.

TACO BELL OF AMERICA, LLC,

     Defendant.

_____/

## NOTICE OF COURT PRACTICE UPON SETTLEMENT

THIS CAUSE is before the Court upon the parties' Joint Notice of Settlement (the "Notice"). D.E. 30. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On November 12, 2019, the parties filed the Notice, notifying the Court that the parties had reached a full settlement and would be filing settlement documents within 45 days from the date of the Notice. *Id.*

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by **December 27, 2019**.  If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty (60) days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of November, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record